IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| AKINS-CUMMINGS J.V. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| DEVELOPERS SURETY AND INDEMNITY ) | |
| CO. ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

AKINS-CUMMINGS J.V. ("The JV") brings this Complaint against DEVELOPERS SURETY AND INDEMNITY CO ("Surety"), showing the following:

1.

The JV is a joint venture of Georgia Corporations with its principal place of business at Bulloch County Georgia.

2.

Surety is a foreign corporation with its principal place of business at Irvine CA.

3.

Surety may be served by serving its Registered Agent Susan Moore at 17780 Fitch STE 200, Irvine CA 92614.

4.

Complete diversity of citizenship exists between the parties and more than $75,000 is at issue in this action. Therefore, subject matter jurisdiction is present in this court pursuant to 28 USC§1332(b).

5.

This court has personal jurisdiction over Surety as it has transacted business in the state of Georgia.

6.

Venue is proper in this court and this division pursuant to 28 USC § 1391 and local rule 2(c) in that the bond at issue was entered into in Bulloch County, Georgia and the claim at issue arose in Bulloch County, Georgia.

## COUNT I
## CLAIM ON BOND

7.

Plaintiff incorporates and re-alleges paragraphs 1-6 as if fully stated herein.

8.

The JV purchased from Surety a performance bond on certain construction work on a Chatham County project by Surety's principal, Satori Construction, LLC ("Satori"): bond number 352374P (the "Bond").

9.

The Bond provides for a loss limit $249,685 for breach of the underlying construction contract by Satori.

10.

Satori breached the underlying construction contract by supplying faulty and defective work that was not in conformity with the construction contract.

11.

Satori's breach of contract was of a nature that was covered by the Bond.

12.

Satori's breach of contract caused The JV to incur damages in excess of $249,685.

13.

All conditions precedent to bringing this action have been satisfied.

14.

The JV should have judgment on the Bond against Surety in the amount $249,685.

## COUNT II
## BAD FAITH REFUSAL TO PAY CLAIM

15.

Plaintiff incorporates and re-alleges paragraphs 1-14 as if fully stated herein.

16.

On discovering its loss, The JV promptly notified Surety.

17.

On August 16, 2010, The JV made a demand for payment of the claim to Surety as required by O.C.G.A. §10-7-30.

18.

More than sixty (60) days have passed since the demand and Surety has refused to pay the claim.

19.

Surety's refusal to pay the claim is in bad faith.

20.

Pursuant to O.C.G.A. §10-7-30, Surety is liable to The JV for its bad faith in the amount of fifty percent of the liability on the Bond, to wit: $124,842.50.

21.

Further, pursuant to O.C.G.A. §10-7-30, Surety is liable to The JV for all of its reasonable attorney's fees incurred in the prosecution of this action.

WHEREFORE, Akins-Cummings J.V. prays that it recover from Defendant Developers Surety and Indemnity Company:

(a) damages in the amount of $249,685 for its bonded loss;

(b) bad faith damages in the amount of $124,842.50;

(c) all reasonable attorney fees incurred in the prosecution of this action in an amount to be proven at trial; and

(d) such other relief the court deems just and proper.

Respectfully submitted this 10th day of November, 2010.

BROWN ROUNTREE PC

/s/ George H. Rountree
George H. Rountree
Georgia Bar No. 616205

Attorney for Plaintiff
Post Office Box 1988
Statesboro, GA 30459
(912) 489-6900